UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M11-133**
2) Defendant's Name: Onwuchekwa (Last)   Chidiebere (First)   ____ (M.I.)
3) Age: ____
4) Title: ____ Section(s): ____
5) Citizen of: ____ Needs: ____ Interpreter
6) Arrest Warrant Issued: ____ Date and time of arrest: ____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: ____
8) Name of Interpreter used today: Emmanuel Oji   Language: Igbo
9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: 2/7/11
10) Detention Hearing Held: ___ Bail set at: ____ ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: 2/9/11 2PM
12) (a) Preliminary Hearing set for: 2/17/11 ; or waived: ____
    (b) Removal Hearing set for: ____ ; or waived: ____
    (c) Status Conference set for: ____
13) ASSISTANT U.S. ATTORNEY: Tyler Smith
14) DEFENSE COUNSEL'S NAME: Peter Kirchheimer
    Address: ____
    Bar Code: ____ CJA: ___ FDNY: ✓ RET: ___
    Telephone Number: ( ) ____
15) LOG #: 4:03 - 4:08   MAG. JUDGE: Roanne L. Mann

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by ____

Other Comments/Rulings: ____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ____ DAY OF ____, 20__

_____
UNITED STATES MAGISTRATE JUDGE