# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Roanne L. Mann          **DATE :** 2/9/11

**DOCKET NUMBER:** 11-133M                    **LOG # :** 246-247

**DEFENDANT'S NAME :** Chidiebere Onwuchekwa
  ✓ Present   ___ Not Present        ✓ Custody   ___ Bail

**DEFENSE COUNSEL :** Peer Kirchheimer
  ✓ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:** Tyler Smith          **DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** Manuela          (Language) Igbo

___ Hearing held.   ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type ___ Start ___ Stop ___

___ Order of Speedy Trial entered.  Code Type ___ Start ___ Stop ___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

**OTHERS :** Temporary order entered. Bail hearing set for 2/14/11 @ 11am.