```
JG:ALC
F.#2010R00224
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                        <u>SENTENCING SHEET</u>

   - against -                                 11 CR 118 (ARR)

CHIDIEBERE ONWUCHEKWA,

               Defendant.

- - - - - - - - - - - - - - - - -X

       The government respectfully submits this sentencing sheet to inform the Court of its present position regarding the potential statutory penalties and the application of the Sentencing Guidelines to this case. The following is set forth below for informational purposes only, and forms no part of any plea agreement between the United States Attorney's Office (the "Office") and the defendant. Neither the Office nor the Court are bound by anything set forth below, and the Office reserves the right to change its position at any time.

      1. Statutory penalties for 18 U.S.C. § 1546(a):

          a. Maximum term of imprisonment: 10 years (18 U.S.C. § 1546(a)).

          b. Minimum term of imprisonment: 0 years (18 U.S.C. § 1546(a)).

          c. Maximum supervised release term: 3 years, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 2 years without credit for pre-release imprisonment or time previously served on post-release

     supervision.
     (18 U.S.C. § 3583(b), (e)).

  d. Restitution: N/A

  e. Maximum fine: $250,000
   (18 U.S.C. § 3571(b)(3)).

  g. $100 special assessment
   (18 U.S.C. § 3013).

  h. Other penalties: removal/deportation.

2. Estimated Sentencing Guidelines Calculation:

  a. Estimated Offense Level:

    Base Offense Level
    (U.S.S.G. § 2L2.2(a))      8

    Less: Acceptance of Responsibility
    (U.S.S.G. § 3E1.1(a))      -2

    Total:          6

  b. Estimated Criminal History Category: I

  c. Estimated range of imprisonment: 0 to 6 months.

Dated: Brooklyn, New York
   February 25, 2011

           LORETTA E. LYNCH
           United States Attorney
           Eastern District of New York

       By: _____
         Alexis L. Collins
         Assistant U.S. Attorney
         (718) 254-6879