**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: ALLYNE R. ROSS, U.S.D.J.    DATE: 03/01/2011    TIME: 11:00am
CR-11-118

DEFT NAME: Chidiebere Onwuchekwa _____ # _____
          ✓ present    ___ not present    ✓ cust.    ___ bail

DEFENSE COUNSEL: Peter Kirchheimer
          ✓ present    ___ not present    ___ CJA    ___ RET.    ✓ LAS

A.U.S.A.: Roger Burlingame              CLERK: D. LASALLE

Rep. H. Driscol                         OTHER: _____
INT: (LANG.- Igbo ) Emmanuel Orji

x   CASE CALLED.       ___ DEFTS FIRST APPEARANCE.
DEFT x  SWORN          ___ ARRAIGNED  x  INFORMED OF RIGHTS
        ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

✓   DEFT ENTERS **GUILTY PLEA** TO CTS. ___ONE___ OF
    (Superseding) (INDICTMENT)/INFORMATION.
___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. _____ OF THE (Superseding) INDICTMENT / INFORMATION.
X   COURT FINDS FACTUAL BASIS FOR THE PLEA.
x   SENTENCING SET FOR  3/1/11

___ DEFT ENTER **NOT GUILTY PLEA**.
___ BAIL ___ SET ___ CONT'D FOR DEFT.
✓   DEFT CONT'D IN CUSTODY.
___ CASE ADJ'D TO _____ FOR _____
___ JYSELECT SET FOR _____    ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT   ___ STILL IN EFFECT
        CODE TYPE_____  START_____  STOP_____

        ___ ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

OTHER: ~~Plea agreement marked as court exhibit one; Plea agreement returned to AUSA~~

Deft withdraws motion to disqualify defense counsel on the record.

3