CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.        MAR.01,2011     Time:11:00am

CR-11-118                       DEFT NUMBER:

DEFT NAME: **Chidiebere Onwuchekwa**

　　X present　　___ not present　　✓ cust.　　___ bail

DEFENSE COUNSEL: Peter Kirshheimer

　　X present　　___ not present　　CJA　　RET.　　✓ LAS

A.U.S.A.: ~~David Sarrett~~ Roger Burlingame        CLERK: D. LASALLE

Reporter: H. Driscol         OTHER:

INT:  (LANG.-Igbo  ) Emmanuel Orji


XXX　CASE CALLED.　___ SENTENCING ADJ'D TO _____.

X　SENTENCING HELD.　x　STATEMENTS OF DEFT AND COUNSEL HEARD.

x　DEFT SENTENCED ON COUNT　ONE　OF THE

(Superseding) Indictment / Information.

Deft is sentenced to time served; 3 years supervised release; a special assessment of $100 is imposed.

REMAINING OPEN COUNTS ARE DISMISSED ON　___ GOVTS MOTION

　　　　　　　　　　　　　　　　　　　　　　　　___ COURT'S MOTION

✓ COURT ADVISED DEFT OF RIGHT TO APPEAL.　___ I.F.P. GRANTED.

___ DEFT REMANDED.　　___ DEFT ON BAIL PENDING APPEAL.

**OTHER:**