UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

       v

ONWUCHEKWA CHIDIEBERE,

       Defendant.

---------------------------------------------------------------X

No. 11 Cr. 118 (ARR)

NOTICE OF MOTION TO
TERMINATE SUPERVISED
RELEASE PURSUANT TO
18 USC §3583(e)(1)

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Lindsay A. Lewis, Esq., and all prior papers and proceedings herein, the defendant, ONWUCHEKWA CHIDIEBERE, will move before the Honorable Allyne R. Ross, United States District Judge for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for an order granting early termination of supervised release pursuant to 18 U.S.C. §3583(e)(1) and for any such other and further relief as to the Court seems just and proper.

Dated: 18 October 2013
       New York, New York

        /s/ Lindsay A. Lewis
Lindsay A. Lewis, Esq.
Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York, 10007
(212) 732-0707
jdratel@joshuadratel.com

*Attorneys for the Defendant*
*Onwuchekwa Chidiebere*