UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                                                            :

UNITED STATES OF AMERICA,       :        11 CR. 118 (ARR)
                                          :        <u>Electronically Filed</u>
        – *against* –                       :
                                          :
ONWUCHEKWA CHIDIEBERE,      :        NOTICE OF APPEARANCE
                                          :        AND REQUEST FOR
                   Defendant.              :        ELECTRONIC NOTIFICATION
                                          :
--------------------------------------------------------x

      Please take notice that Lindsay A. Lewis, Esq., hereby appears in this action on behalf of ONWUCHEKWA CHIDIEBERE and respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      I am an attorney in good standing in the State of New York, as well as the United States District Court for the Eastern District of New York.

Dated:  New York, New York
           October 18, 2013

                                                            Respectfully submitted,

                                                            /s/ Lindsay Lewis
                                                           Lindsay A. Lewis
                                                           JOSHUA L. DRATEL, P.C.
                                                          29 Broadway, Suite 1412
                                                          New York, New York 10006
                                                          (212) 732-0707
                                                          llewis@joshuadratel.com

                                                          *Attorney for Defendant*
                                                          *Onwuchekwa Chidiebere*